BEFORE THE THIRD DIVISION, OCTOBER 4, 1938

**No. 39532.**—Protest 890764–G of Reichenbach & Co., Inc. (New York).

Opinion by CLINE, J. It appeared that the linen was woven in Ireland and was not treated or manufactured in any manner in Switzerland. Both the linen and the immediate containers were marked "Made in Switzerland" and the customs officers required them to be remarked "Made in Ireland." On the authority of *Loblaw* v. *United States* (T. D. 46760) the protest was overruled.

OCTOBER 1, 1938

**No. 39533.**—Protest 726591–G of Strawbridge & Clothier. Abstract 39253. Application by plaintiffs for rehearing denied.

BEFORE THE THIRD DIVISION, OCTOBER 5, 1938

**No. 39534.**—Petition 5506–R of Raphael R. Davila (New York).

Opinion by KEEFE, J. On the evidence presented the petition was denied.

**No. 39535.**—Petitions 5499–R, etc., of Miguel A. Ramirez (New York).

Opinion by KEEFE, J. From the evidence it was found that the petitioner was without intention to defraud the revenue or to conceal or misrepresent the facts or to deceive the appraiser. The petitions were therefore granted.

BEFORE THE FIRST DIVISION, OCTOBER 6, 1938

**No. 39536.**—Protests 641602–G, etc., of H. C. Donaldson (Los Angeles).

Opinion by McCLELLAND, P. J. On the record presented the protests were sustained. Abstract 37813 followed.

**No. 39537.**—Protest 630940–G of H. C. Donaldson (Los Angeles).

Opinion by McCLELLAND, P. J. On the record presented the protest was sustained. Abstract 37813 followed.